UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:15-cv-2266 AC P |
| Plaintiff, | |
| v. | ORDER |
| HAAS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Nor does the attached prison trust account statement reflect the activity in plaintiff's trust account for the six-month period immediately preceding the filing of the complaint. See id. Plaintiff will be accorded an opportunity to submit both matters in a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court;

/////

1

    2. Plaintiff shall, within thirty days from the filing date of this order, submit a fully completed in forma pauperis application that includes completion of the certificate portion of the application by an authorized prison official, and a copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of his complaint.

    3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 10, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE