UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:15-cv-2266 AC P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| HAAS, et al., | |
| Defendants. | |

On July 17, 2017, counsel for defendant Haas (Mr. J. Randall Andrada) signed and mailed a "Waiver of Service of Summons," which acknowledges in pertinent part that "an answer or motion under Rule 12" was to be filed in this court "within 60 days after 5/17/17," the date the request for waiver was mailed. See ECF No. 27; see also Fed. R. Civ. P. 12(a)(1)(A)(ii). That deadline has passed, but counsel has not filed a responsive pleading on behalf of defendant Haas or otherwise communicated with the court. Failure to timely file a pleading responsive to plaintiff's complaint renders defendant Haas vulnerable to default in this action. See Fed. R. Civ. P. 55.

IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, Mr. Andrada shall file and serve the following: (1) a responsive pleading on behalf of defendant Haas; and (2) a verified statement showing cause for counsel's delay and demonstrating why sanctions should not be imposed pursuant to Rule 11(b), Federal Rules of

1

Civil Procedure.  See Fed. R. Civ. P. 11(c) (3).  Failure of counsel to timely comply with this order shall result in the imposition of appropriate sanctions under Rule 11(c)(4).

IT IS SO ORDERED.

DATED: July 28, 2017.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE