UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>HAAS, et al.,<br><br>        Defendants. | No. 2:15-cv-2266 AC P<br><br>ORDER |

    Mr. Andrada, counsel for defendant Haas, has promptly filed a satisfactory response to the undersigned's order to show cause filed July 31, 2017. See ECF Nos. 28, 31. Mr. Andrada avers that the U.S. Marshal informed defendant he need not answer the complaint until 60 days after the date the signed waiver of service was timely filed. See ECF No. 31-1 at 3; see also Andrada Decl., ECF No. 31. Although Mr. Andrada's construction of the U.S. Marshal's language is not unreasonable, such construction is inconsistent with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)( ii). Nevertheless, Mr. Andrada has filed his response in good faith and now filed an answer on behalf of defendant Haas. See ECF No. 30.

////

////

////

////

Accordingly, for good cause shown, IT IS HEREBY ORDERED that the order to show cause filed July 31, 2017, ECF No. 28, is DISCHARGED.

DATED: August 10, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE