UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:15-cv-2266 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| HAAS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 29, 2018 (ECF No. 40), are adopted in full.

2. For the reasons set forth in the magistrate judge's March 8, 2017 screening order (ECF No. 17), defendants Brown and Hudson, and the first and second causes of action of the operative First Amended Complaint (ECF No. 12), are dismissed from this action without leave to amend.

DATED: June 5, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE