UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>  v.<br><br>HAAS, et al.,<br><br>    Defendants. | No. 2:15-cv-2266 JAM AC P<br><br><br>ORDER |

Plaintiff's motion to file a surreply, ECF No. 58, is DENIED, for the reasons set forth in the undersigned's order filed July 10, 2018. See ECF No. 57. Plaintiff's proposed surreply, ECF No. 59, will not be considered in assessing the merits of defendant's pending motion for summary judgment. Plaintiff shall refrain from filing any further matters in this action until further notice of the court.

SO ORDERED.

DATED: July 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE