UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>            Plaintiff,<br><br>   v.<br><br>HAAS, et al.,<br><br>            Defendants. | No. 2:15-cv-2266 JAM AC P<br><br><br>ORDER |

      Defendant Haas' motion for summary judgment is currently pending before this court, ECF No. 42, with numerous citations to plaintiff's deposition, ECF No. 43. Pursuant to Local Rule 233(j), counsel for defendant Haas is directed to submit a courtesy hard copy of the transcript of plaintiff's entire deposition within seven (7) days after the filing date of this order. The courtesy copy shall be directed to the undersigned's Courtroom Deputy, Valerie Callen, for prompt delivery to chambers.

      IT IS SO ORDERED.

DATED: November 29, 2018

                                                        ALLISON CLAIRE
                                                        UNITED STATES MAGISTRATE JUDGE