UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>HAAS, et al.,<br><br>    Defendants. | No. 2:15-cv-2266 JAM AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. Following denial of summary judgment on January 16, 2019, this action will now proceed to trial before United States District Judge John A. Mendez on plaintiff's Eighth Amendment failure-to-protect claims against defendants Haas and Louie. The parties will be directed to file a Joint Pretrial Statement, as set forth below. The court will review the statement on the papers and issue a pretrial order providing further directions to the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall cooperate in the preparation of a Joint Pretrial Statement that provides the following information:

    a. The estimated length of trial, and any "black out" dates when either party or their counsel is unavailable through November 1, 2019; and

////

b. Fully address, without providing any exhibits at this time, each of the matters set forth in Local Rule 281(b).

2. Defense counsel shall file and serve the parties' Joint Pretrial Statement within forty-five (45) days after the filing date of this order.

IT IS SO ORDERED.

DATED: January 22, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE