UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

    Plaintiff,

  v.

HAAS, et al.,

    Defendants.

No. 2:15-cv-2266 JAM AC P

ORDER

Defendants request that they be permitted to file a pretrial statement separate from that of plaintiff. See ECF Nos. 68, 69. For good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' request is GRANTED;

2. Defendants shall file and serve their separate pretrial statement on or before March 8, 2019;

3. Plaintiff shall file and serve his separate pretrial statement on or before March 29, 2019;

4. In addition to the matters the parties were previously directed to address, as set forth in the court's order filed January 23, 2019 (ECF No. 67), the parties shall identify any "black out" dates when any party or their counsel is unavailable through *March 31, 2020*.

DATED: February 22, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE