UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

    Plaintiff,

v.

HAAS, et al.,

    Defendants.

No. 2:15-cv-2266 JAM AC P

ORDER

On April 11, 2019, plaintiff filed a motion for reconsideration of the magistrate judge's order filed March 28, 2019, which denied plaintiff's motion for this court's intervention under the All Writs Act. See ECF Nos. 76-7, 79. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that the magistrate judge's ruling was neither clearly erroneous nor contrary to law.

Accordingly, IT IS HEREBY ORDERED upon reconsideration, that:

1. The order of the magistrate judge filed March 28, 2019, ECF No. 77, is affirmed; and
2. Plaintiff's motion for reconsideration, ECF No. 79, is denied.

DATED: April 17, 2019

                                              John A. Mendez

                                              UNITED STATES DISTRICT COURT JUDGE