# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:15-cv-2266 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| HAAS, et al., | |
| Defendants. | |

The parties are informed that, after review of the parties' pretrial statements, the Honorable John A. Mendez has scheduled a jury trial to commence in this prisoner civil rights action on April 20, 2020, at 8:30 a.m., in Courtroom No. 6. Plaintiff's motion to expedite trial, filed May 17, 2019 (ECF No. 82), is therefore denied as moot.

SO ORDERED.

DATED: May 21, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE