UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HASS, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2266 JAM AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   Before this court is plaintiff's motion for an order for transport to trial.¹ ECF No. 107. On July 21, 2021, the District Court Judge assigned to this action issued a minute order which reset the trial date in this action to May 2, 2022. See ECF No. 113. The motion is therefore premature. Plaintiff is informed that several weeks before the start of trial, the appropriate appearance writs will issue without the need for a motion.

////

---

¹ A motion in limine filed by plaintiff in September 2020 also remains outstanding in this action. See ECF No. 110. Prior to the start of trial, the District Court Judge assigned to this case will address the motion.

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an order for transport
2 to trial (ECF No. 107) is DENIED as premature.
3 DATED: August 17, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE