UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>v.<br><br>HAAS, et al.,<br><br>    Defendants. | No. 2:15-cv-2266 JAM AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief under 42 U.S.C. § 1983. The case is set for trial before the assigned U.S. District Judge.

    On March 28, 2022, plaintiff filed a motion to attend the trial. ECF No. 116. At the time this request was submitted, trial was scheduled to begin on May 2, 2022. ECF No. 113.

    On April 4, 2022, the district judge vacated the May date and reset the trial for November 7, 2022. ECF No. 117. Because the trial is now more than six months away, and the court cannot know what state or local COVID-19 pandemic protocols may be in place at that time. Accordingly, the appropriateness of in-person appearances cannot be determined at this time.

    In any event, a motion to attend the trial is not necessary. Several weeks before the trial date, the court will determine the manner in which plaintiff will attend the trial— either via videoconference or in person—and the appropriate writ will issue ordering his production.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to attend the upcoming trial in person (ECF No. 116) is DENIED.

DATED: April 22, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE