UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>      Plaintiff,<br><br>  v.<br><br>HAAS, et al.,<br><br>      Defendants. | No. 2:15-cv-2266 JAM AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis with this civil rights action, has filed a motion for a settlement conference in lieu of proceeding to trial. ECF No. 119. Defendant opposes the motion. ECF No. 120.

      Because defense counsel has evaluated the case's settlement potential (including consideration of plaintiff's claimed damages, defense investigation of the claims, and plaintiff's demand) and feels that a conference would not be productive, id., the motion will be denied. Settlements cannot be imposed by the court; they are an agreement between the parties. Holding a settlement conference where one party has concluded settlement is not reasonably likely would waste scarce judicial resources.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff motion to schedule a settlement conference (ECF No. 119) is DENIED.

DATED: June 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE