UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAAS, et al.,<br><br>　　　　Defendants. | No.  2:15-cv-2266 DAD AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983.  Pretrial matters have been referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Trial is set for January 9, 2023, before the assigned district judge.  ECF No. 128.

　　　　The court is in the process of issuing writs which will direct the relevant California Department of Corrections and Rehabilitation ("CDCR") prisons to produce the incarcerated individuals named as witnesses for the plaintiff in the June 2019 pretrial order.  See ECF No. 85 at 4.  The following witnesses who were incarcerated at the time the pretrial order issued can no longer be found in the CDCR system:

- Abraham Adams (#AC9052)
- Reid (#C12848)
- Easter Burnet (#V35245)

1

Assuming that these witnesses are no longer incarcerated, it is plaintiff's responsibility to inform them of the trial date and location if he would still like them to testify. See ECF No. 33 (discovery and scheduling order) at 3-4. With the exceptions specified in the court's discovery and scheduling order (ECF No. 33) and pretrial order (ECF No. 85), the court will not involve itself in securing the appearance of witnesses.

In addition, plaintiff has identified an incarcerated "Cory Mitchell" as a witness. ECF No. 85 at 4. A recent search in the CDCR system yielded two individuals with that name. There is a "Corey A. Mitchell" with the CDCR ID number F23331 who is currently housed at High Desert State Prison. There is also a "Correy Mitchell" with the CDCR ID number E22297 who is currently housed at Salinas Valley State Prison.[1] Because plaintiff has not previously provided a CDCR ID number for his witness "Cory Mitchell" (see ECF No. 78 (plaintiff's pretrial statement) at 11; ECF No. 85 at 4), he will be ordered to do so now. If plaintiff is unable to provide this information to the court, he will have to forego having "Cory Mitchell" testify at trial.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff copies of the following for his reference regarding trial procedure:

    a. The discovery and scheduling order (ECF No. 33), and

    b. The pretrial order (ECF No. 85); and

2. Within seven days of the date of this order, plaintiff must:

    a. Inform the court whether Abraham Adams (CDCR #AC9052); Reid (#C12848), and Easter Burnet (#V35245), none of whom appear to be incarcerated in the CDCR system at this time, will be testifying at trial; and

////

////

////

---

[1] See https://inmatelocator.cdcr.ca.gov/search.aspx (search First Name field for "Cory"; Last Name field for "Mitchell") (last visited December 2, 2022).

b.  Provide the court with the proper CDCR ID number for "Cory Mitchell" who has been identified as an incarcerated witness in the pretrial order (see ECF No. 85 at 4) so that a writ of habeas ad testificandum may issue to secure his appearance at trial.

DATED: December 5, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE