UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>         Plaintiff,<br><br>    v.<br><br>HAAS, et al.,<br><br>         Defendants. | No.  2:15-cv-2266 DAD AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983.  Pretrial matters have been referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Trial is set for January 9, 2023, before the assigned district judge.   ECF No. 128.

On December 6, 2022, the undersigned issued writs ad testificandum to secure the appearance of several inmate witnesses at trial.  ECF Nos. 140-149.  Defendants have filed objections to the writs issued for inmate Ramon Morales-Smith (CDCR #F-21867) and Kenyon McClelland (CDCR #T-19229).  ECF Nos. 150, 151 (defendant Haas' objections and defendant Louie's joinder in same).

////

1

For the reasons stated below, the writs for inmates Morales-Smith and McClelland will be vacated. In addition, the court's order issued December 6, 2022 (ECF No. 140), will be vacated in part to the extent that it requires plaintiff to inform the court whether inmate Easter Burnett (CDCR #V35245) will be testifying at trial.

I. DEFENDANTS' OBJECTIONS

Referencing the court's order issued March 16, 2020 (ECF No. 96), defendants remind the court that in it, the proposed testimony of inmates Morales-Smith and McClelland was determined to be irrelevant.[1] ECF No. 150 at 2-3. Therefore, they contend, these writs to produce them to testify should be withdrawn. Id. at 2. Defendants further assert that the writs should be withdrawn to avoid the undue and unnecessary burden and expense the State would incur to transport inmates Morales-Smith and McClelland long distances.[2] Id. at 3.

II. DISCUSSION

A review of the court's order issued March 16, 2020, indicates that defendants are correct. See ECF No. 96 at 3-4. The testimony of witnesses Morales-Smith and McClelland as well as that of inmate Easter Burnett have previously been determined to be irrelevant. See id. at 4; see also ECF No. 150 at 3. Therefore, the court will vacate the appearance writs issued for inmates Morales-Smith and McClelland. In addition, the recent directive issued to plaintiff to inform the court whether certain inmates will testify at trial (see ECF No. 140) will be vacated solely to the extent it relates to inmate Easter Burnett.

Accordingly, IT IS HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum issued December 6, 2022, for inmate Ramon Morales-Smith (CDCR #F-21867) (ECF No. 145) is VACATED;

2. The writ of habeas corpus ad testificandum issued December 6, 2022, for inmate Kenyon McClelland (CDCR #T-19229) (ECF No. 146) is VACATED; and

---

[1] Defendants further note that at that time, the testimony of inmate witness Easter Burnett (CDCR #V35245) was also found to be irrelevant. ECF No. 150 at 2 (defendants' objections); see ECF No. 96 at 4 (March 16, 2020, order).

[2] Inmate Morales-Smith is currently housed at California Health Care Facility in Stockton, California. Inmate McClelland is currently housed at California State Prison – Los Angeles. See generally https://inmatelocator.cdcr.ca.gov/search.aspx (last visited December 8, 2022).

2

3. The court's order issued December 6, 2022 (ECF No. 140), is VACATED IN PART, solely to the extent that it requires plaintiff to inform the court whether inmate Easter Burnett (CDCR #V35245) will be testifying at trial. See id. at 2.

DATED: December 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE