UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>       Plaintiff,<br><br>   v.<br><br>HAAS, et al.,<br><br>       Defendants. | No. 2:15-cv-2266 DAD AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. The case was set for trial on January 9, 2023, before the district judge. See ECF No. 128. However, on December 20, 2022, the trial date was reset to March 6, 2023. See ECF No. 156. All appearance writs issued for the January 2023 trial date must therefore be vacated.

Accordingly, IT IS HEREBY ORDERED that the following writs of habeas corpus ad testificandum recently issued for plaintiff and the following inmate witnesses are VACATED:

- Robert Santoro, CDCR # T-40346 (ECF No. 142);
- Dannell Richard, CDCR # K-00572 (ECF No. 143);
- Kenneth Patterson, CDCR #AB-6602 (ECF No. 144);
- Cedrick Johnson, CDCR # G-41474 (ECF No. 147);
- Allen Hammler, CDCR # F-73072 (ECF No. 148), and
- Larry Alford, CDCR # AU-8727 (ECF No. 149).

1

New appearance writs for plaintiff and all inmate witnesses will be reissued closer to the new March 6, 2023, trial date.

DATED: December 21, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE