IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN HAMMLER,** | Case No. 2:15-cv-02266 DAD AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **HAAS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Louie's ex parte application to shorten time to decide his motion to compel deposition testimony of Cedrick Johnson (ECF No. 168 et seq.), is **GRANTED**. Cedrick Johnson shall participate in a deposition to be scheduled by Defendants at their earliest availability. If Johnson chooses not to participate in the deposition, the Court will preclude him from testifying at the upcoming trial.

Dated: January 19, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE