UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>   Plaintiff,<br><br>  v.<br><br>HAAS, et al.,<br><br>   Defendant. | No. 2:15-cv-02266-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO DELAY HIS TRANSFER TO A DIFFERENT FACILITY BEFORE TRIAL<br><br>(Doc. Nos. 158, 172) |

  Plaintiff Allen Hammler is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

  On January 31, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to delay his transfer to a different facility prior to the trial of this action be denied because plaintiff's request for such injunctive relief is directed at non-parties over whom the court lacks personal jurisdiction.  (Doc. No. 172.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 3.)  To date, no objections have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 31, 2022 (Doc. No. 172) are adopted in full; and
2. Plaintiff's motion to delay his transfer to a different facility prior to the trial of this action (Doc. No. 158) is denied.

IT IS SO ORDERED.

Dated:   **February 21, 2023**

UNITED STATES DISTRICT JUDGE