

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

ALLEN HAMMLER,  CASE No. 2:15-cv-02266-DAD-AC
    Plaintiff,

  v.  MINUTES

HASS, ET AL.  Date: March 6, 2023
 Deputy Clerk: P. Buzo
    Defendant*.  Court Reporter: Kimberly Bennett
_____/

Counsel for Plaintiff:  Allen Hammler, pro se
Counsel for Defendant:  Lynne Stocker – C.O. Haas
                      David Kuchinsky – Louie
                      Sarah Brattin

**JURY TRIAL – DAY 1**

| Time | |
|---|---|
| 9:00 am | Court in session. Court dealt with inmate transportation issues, and inmate witnesses reluctant to testify issues. |
| 10:38 am | Court in session. Court addressed pro se pltf and counsel. Court addressed pltf as to subject of witnesses issued by the court as stated on the record. |
| 10:53 am | Court addressed joint motions in limine: For the reasons stated on the record, defendants' [177] joint motions in limine ("MIL") are granted in part and denied in part as follows:  MIL No. 1 is granted without prejudice; MIL No. 2 is granted without prejudice; MIL No. 3 is granted; MIL No. 4 is granted without prejudice as to all pieces of evidence or testimony, except for inmate Johnson's expected testimony for which the motion is denied without prejudice to revisiting the issue in the event that inmate Johnson testifies; MIL No. 5 is granted without prejudice to revisiting the issue if this case reaches the second phase of trial regarding the amount of punitive damages; MIL No. 6 is granted without prejudice to revisiting the inmate declarations in the event an inmate witness refuses to testify; and MIL No. 7 granted. |
| 11:20 am | Recess |
| 11:31 am | Outside the presence of the jury. Court addressed correspondence received from USM as to inmate Patterson as stated on the record.  Pltf addressed the court and requested court allow Patterson's declaration. Court addressed Pltf as stated on the record. |
| 11:38 pm | Inmate Patterson brought to the courtroom. Court addressed Inmate Patterson as stated on the record. Inmate Patterson addressed the court and stated he |

Case 2:15-cv-02266-DAD-AC   Document 188   Filed 03/06/23   Page 2 of 3

2:15-cv-02266-DAD-AC, Hammler v. Haas, et al.
Minutes - Page 2

|          |                                                                                                                                                                                                                                                                                                                                                                                     |
|----------|---|
|          | did not want to testify as stated on the record.  After discussion, Inmate Patterson agreed to testify. |
| 11:45 am | Court addressed parties as to Inmate Patterson being returned to his facility, only to come back on Wednesday morning.  Pltf and Defense had no objection. |
| 11:46 am | Court further addressed parties as to other witnesses not willing to testify and the court will address them individually.  Parties had no objection. |
| 11:51 am | Inmate Robert Santoro brought to the courtroom.  Court addressed Inmate Santoro as stated on the record. Inmate Santoro addressed the court and stated he did not want to testify as stated on the record.  After discussion, Inmate Patterson agreed to testify.  Court addressed parties as to Inmate Santoro being returned to his facility, only to come back on Wednesday morning.  Pltf and Defense had no objection. |
| 12:10 pm | Inmate Larry Alford brought to the courtroom.  Court addressed Inmate Alford as stated on the record. Inmate Alford addressed the court and stated he did not want to testify as stated on the record.  After discussion, Inmate Alford agreed to testify. Court addressed parties as to Inmate Alford being returned to his facility, only to come back on Wednesday morning.  Pltf and Defense had no objection. |
| 12:18 pm | Court addressed issue regarding witness Johnson as stated on the record.  Court will issue new writ for his appearance for Wednesday at 8:30 a.m. |
| 12:21 pm | Court to reconvene at 1:15 pm. |
| 12:22 pm | Mr. Kuchinsky addressed the court as to inmate Richard as stated on the record.  Pltf addressed the court as to location as to inmate Richard. |
| 12:25 pm | Court in recess. |
| 1:25 pm  | Court back in session. In the presence of the jury. Prospective jurors sworn. |
| 2:41 pm  | Recess |
| 2:42 pm  | Outside the presence of the jurors.  Court addressed juror #8 as stated on the record. Defense addressed juror #8. |
| 3:13 pm  | Outside the presence of the jury. Ms. Stocker addressed the court as to title of dft Haas. |
| 3:16 pm  | Court back in the presence of the jurors. |
| 3:17 pm  | Pltf had no voir dire questions for jurors. |
| 3:17 pm  | Ms. Brattin addressed the jurors with voir dire. |
| 3:28 pm  | Ms. Stocker addressed the jurors with voir dire. |
| 3:31 pm  | No challenges |
| 3:46 pm  | Peremptory Challenges |
| 3:46 pm  | Jury sworn. |
| 3:46 pm  | Preliminary instructions given. |
| 4:04 pm  | Pltf opening statement. |
| 4:08 pm  | Counsel for Dft Louie opening statement. |
| 4:13 pm  | Counsel for Dft Haas opening statement. |
| 4:20 pm  | Jury trial continued for 3/8/23 at 9:00 a.m.  Court admonished jury. |
| 4:25 pm  | Court in recess. Outside the presence of the jury. Court addressed Plt as to witness refusing transport. |
|          | |

2:15-cv-02266-DAD-AC, Hammler v. Haas, et al.
Minutes - Page 3

TIME IN COURT: 6.5